UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| RALPH COMPTON, § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | CIVIL ACTION NO. 4:22-cv-109 |
| § | |
| LIBERTY MUTUAL INSURANCE § | |
| COMPANY, § | |
| § | |
| Defendant. § | |

## JOINT RULE 41 STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE COURT:

COMES NOW Ralph Compton ("Plaintiff") jointly with Defendant Liberty Mutual Insurance Company ("Defendant") (each a "Party", and collectively the "Parties") with this *Joint Rule 41 Stipulation of Dismissal with Prejudice*.

Plaintiff and Defendant have voluntarily agreed to resolve all disputes at issue regarding the subject suit. Therefore, the Parties file this Joint Rule 41 Stipulation of Dismissal with Prejudice.

Federal Rule of Civil Procedure 41 provides that an action may be dismissed by the filing of "a stipulation of dismissal signed by all parties who have appeared". FED. R. CIV. P. 41(a)(1)(A)(ii); *see also Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013). A court order is not necessary when the parties to the lawsuit file a stipulation of dismissal under Rule 41(a)(1)(A)(ii). *Yesh Music*, 727 F.3d at 362. Therefore, the Parties jointly stipulate that this case shall be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each Party to bear its own costs.

WHEREFORE, the Parties pray that the Court take notice of this Joint Rule 41 Stipulation of Dismissal with Prejudice, dismiss all claims against Defendant with prejudice, and grant the Parties any other and further relief, at law or in equity, as to which they are justly entitled.

Respectfully submitted,

*/s/ Lori Murphy*
Kieran W. Leary
State Bar No. 24108517
kieranl@tbmmlaw.com
Lori Murphy
State Bar No. 14701744
lorim@tbmmlaw.com
TOLLEFSON BRADLEY MITCHELL & MELENDI, LLP
2811 McKinney Avenue, Suite 250 West
Dallas, Texas 75204
Telephone: 214-665-0100
Facsimile: 214-665-0199

**ATTORNEYS FOR DEFENDANT**
**LIBERTY MUTUAL INSURANCE COMPANY**

*/s/ Racchel D. Cabrera*
Shaun W. Hodge
Texas Bar No.
shodge@hodgefirm.com
Racchel D. Cabrera
Texas Bar NO 24109093
rcabrera@hodgefirm.com
Hodge Law Firm, PLLC
1301 Market Street
Galveston, Texas 77550
Phone: 409-762-5000
Facsimile: 409-763-2300

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of June, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will electronically send notification to all counsel of record.

*/s/ Lori Murphy*
Lori Murphy