IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| RALPH COMPTON | § | |
| | § | |
| VS. | § | ACTION NO. 4:22-CV-109-Y |
| | § | |
| LIBERTY MUTUAL INSURANCE COMPANY | § § | |

## FINAL JUDGMENT

In accordance with the Joint Rule 41 Stipulation of Dismissal with Prejudice (doc. 18) filed on June 26, 2023, and Federal Rule of Civil Procedure 58, all claims are hereby DISMISSED WITH PREJUDICE to their refiling. All costs of Court under 28 U.S.C. § 1920 shall be borne as agreed by the parties, or, if no agreement has been reached, by the party incurring them.

SIGNED June 26, 2023.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE